IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>,<br><br>　　　　Defendants. | Case No.  25-cv-7342-NW<br><br>**STIPULATION AND [PROPOSED]　ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT** |

　　　Plaintiff JAMES ALGER ("Plaintiff") and Defendants STEPHANIE CORINE MEYER, dba STEPHAN CORI; QUARTER LEE GROUP LLC (collectively "Defendants") (collectively the "Parties") stipulate in accordance with Fed. R. Civ. P 41(a)(2) that this action be dismissed in its entirety with prejudice.

　　　The Parties further stipulate and request that the Court retain jurisdiction over their settlement agreement until May 31, 2026, in accordance with General Order No. 56.

STPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT
1

Respectfully submitted,

Date: November 4, 2025                    ALLACCESS LAW GROUP

                                          _/s/ Irakli Karbelashvili_
                                          By IRAKLI KARBELASHVILI, Esq.
                                          Attorney for Plaintiff
                                          JAMES ALGER

Dated: November 4, 2025                   NOLAND, HAMERLY, ETIENNE & HOSS
                                          A Professional Corporation


                                          By  _/s/ Lindsey Berg-James_
                                              Lindsey Berg-James
                                              Attorneys for Defendants QUARTER LEE
                                              GROUP LLC and STEPHANIE MEYER


**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

_/s/ Irakli Karbelashvili_
Irakli Karbelashvili

STPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT

2

# [PROPOSED] ORDER

Having reviewed the Parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice. The Court retains jurisdiction over the settlement agreement until May 31, 2026. The Clerk of the Court shall administratively close the case.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
Hon. Noël Wise
United States District Judge